upon all of the papers and proceedings herein, Defendant, by and through its counsel, Seyfarth Shaw LLP, will move this Court before the Honorable Peter G. Sheridan, United States District Court Judge, at the Clarkson S. Fisher Building U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order: (i) granting Defendant's motion for summary judgment on Plaintiff's Complaint in its entirety pursuant to Rule 56 of the Federal Rules of Civil Procedure; and (ii) for such other and further relief as the Court may deem just and proper.

Dated: September 3, 2020

Respectfully submitted,

ABBOTT LABORATORIES, INC.

By: *s/Howard M. Wexler*
Attorney for Defendant