Howard M. Wexler
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

Eric Janson (*pro hac vice*)
Christine Costantino (*pro hac vice*)
SEYFARTH SHAW LLP
975 F Street NW
Washington DC 20003
(202) 463-2400

(Attorneys for Defendant
Abbott Laboratories, Inc.)

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD RUDOLPH<br><br>    Plaintiff,<br><br>  v.<br><br><br>ABBOTT LABORATORIES, INC.<br>    Defendant. | Civil Action No.: 3:18-cv-06071<br>Hon. Peter G. Sheridan |

### [PROPOSED] ORDER GRANTING SUMMARY JUDGMENT

This matter having been brought before the Court by Seyfarth Shaw LLP, attorneys for Defendant Abbott Laboratories, Inc. ("Defendant"), for an order granting its motion for summary judgment pursuant to Local Civ. Rule 56.1 and Fed. R. Civ. P. 56 and dismissing Plaintiff Richard Rudolph's Complaint in its entirety; and the Court having reviewed the motion papers submitted; and for good cause shown:

     IT IS on this ___ day of _____, 2020,

     **ORDERED** that Defendants' Fed. R. Civ. P. 56 motion for summary judgment is granted and Plaintiff's Complaint is dismissed in its entirety with prejudice.

                                             _____
                                                Hon. Peter G. Sheridan, U.S.D.J.